# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORYSATH SAYSANASY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-cv-00008-EPG<br><br>ORDER GRANTED STIPULATED EXTENSION OF TIME<br><br>(ECF No. 16) |

Pursuant to the stipulation of the parties (ECF No. 16), and finding good cause exists,

IT IS ORDERED that the deadline for Plaintiff to file an opening brief is extended to September 26, 2019. All subsequent deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

　Dated: __**August 5, 2019**__　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1