# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORYSATH SAYSANASY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-cv-00008-EPG<br><br>ORDER GRANTED STIPULATED EXTENSION OF TIME<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties (ECF No. 18), and finding good cause exists,

IT IS ORDERED that the deadline for Plaintiff to file an opening brief is extended to October 28, 2019. All subsequent deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **September 18, 2019**　　　　／s／ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1