UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORYSATH SAYSANASY,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:19-cv-00008-EPG<br><br>ORDER DIRECTING DEFENDANT TO FILE A HARD COPY OF THE ADMINISTRATIVE RECORD |

The Court directs Defendant to file a hard copy of the administrative record not less than thirty days prior to the hearing for oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits.

IT IS SO ORDERED.

Dated: **October 17, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE