McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BORYSATH SAYSANASY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00008-EPG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>**(ECF No. 22)** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from November 27, 2019 to January 13, 2019, for Defendant to respond to Plaintiff's Opening Brief (Dkt. No. 21).

    This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload, as described below, and upcoming pre-scheduled leave. Since Plaintiff's Opening Brief was filed on October 28, 2019, Defendant's

counsel has worked on approximately 21 district court cases, as well as one Ninth Circuit appeal. Counsel is also responsible for other substantive non-litigation matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: November 20, 2019      PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña\**
(*as authorized via email on November 20, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: November 20, 2019      McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to stipulation of the parties (ECF No. 22), and finding good cause, IT IS ORDERED that the deadline for Defendant to respond to Plaintiff's Opening Brief is extended to January 13, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **November 20, 2019**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Time & Order; 1:19-cv-00008-EPG

3