McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BORYSATH SAYSANASY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00008-EPG<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE AND RE-SET ORAL ARGUMENT; ORDER** |

IT IS HEREBY STIPULATED, by the parties through their respective counsel of record, with the Court's approval, that the Court continue the oral argument scheduled in this matter on March 10, 2020, at 2:30 p.m. (Dkt. No. 25). The parties jointly request that the Court continue the oral argument by two weeks and propose re-setting the matter on March 24, 2020, at 2:30 p.m., or at any other date and time convenient for the Court.

Good cause exists for this joint request due to the workload and schedule of counsel for both parties in and around March 10. Plaintiff's counsel has eight district court merits briefs and

Stip. & Joint Req. to Continue Oral Argument; 1:19-cv-00008-EPG

1

18 administrative hearings (including administrative briefs) scheduled for the week of the hearing. In addition, Plaintiff's counsel has two district court merit briefs and 19 administrative hearings (including those administrative briefs) due the week before the scheduled hearing. Defendant's counsel has five district court briefs due within a week of the scheduled hearing, in addition to a Ninth Circuit answering brief.

Counsel for both parties believes this brief delay will not prejudice their clients and make this request in good faith and with no intention to unduly delay the proceedings. Counsel apologizes for any inconvenience to the Court.

For the foregoing reasons, the parties jointly request that the Court continue and re-set oral argument on March 24, 2020, at 2:30 p.m., or on any other date and time that is convenient for the Court.

Respectfully submitted,

Dated: January 17, 2020        PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña*  
(*as authorized via email on January 17, 2020)  
JONATHAN O. PENA, ESQ.  
Attorney for Plaintiff

Dated: January 17, 2020        McGREGOR SCOTT  
United States Attorney  
DEBORAH LEE STACHEL  
Regional Chief Counsel, Region IX  
Social Security Administration

By:    */s/ Allison J. Cheung*  
ALLISON J. CHEUNG  
Special Assistant U.S. Attorney  
Attorneys for Defendant

Stip. & Joint Req. to Continue Oral Argument; 1:19-cv-00008-EPG

2

## ORDER

Pursuant to stipulation, IT IS ORDERED that the oral argument scheduled for March 10, 2020, at 2:30 p.m. is hereby CONTINUED and RE-SET for April 30, 2020, at 2:00 pm. To participate telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **January 22, 2020**            /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE