JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORYSATH SAYSANASY, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>ANDREW SAUL, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 1:19-cv-00008-EPG <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (ECF No. 28) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 01/28/2020 to 02/27/2020, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time in the life of the case, but first for the reply brief.  Plaintiff respectfully states that the requested extension is necessary due to good cause.

　　　During the preceding days leading to the 1/28/2020 deadline, Plaintiff's Counsel has had to provide over 60 hours of training, along with a heavy administrative workload.  During the week of 1/27/2020, Plaintiff's Counsel has 11 administrative hearings, in Fresno, Stockton, and San Jose, California, 24 pre-hearing meetings with claimants who have hearings 30 days out, and the administrative hearing briefs for administrative cases to be heard following week.

1

Counsel requires additional time to reply to the defendant's opening brief for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 27, 2020                  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: January 27, 2020                  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: *\*/s/ Allison J. Cheung*
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on 01/27/2020)

# ORDER

Pursuant to the stipulation of the parties (ECF No. 28), IT IS ORDERED that Plaintiff shall have an extension of time to February 27, 2020, to file Plaintiff's reply brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **January 28, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE